SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
JASON P. BROWN, Cal. Bar No. 296688
jpbrown@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendant
COX COMMUNICATIONS
CALIFORNIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ AMIRI, an individual on behalf of himself and all other similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>COX COMMUNICATIONS CALIFORNIA, LLC, a Delaware limited liability company; and DOES 1 through 25, Inclusive,<br><br> Defendants. | Case No. 16-CV-00540-CJC-RAO<br><br>Assigned to Hon. Cormac J. Carney<br><br>**CLASS ACTION**<br><br>**DEFENDANT COX COMMUNICATIONS CALIFORNIA, LLC'S COMPENDIUM OF PUTATIVE CLASS MEMBER DECLARATIONS IN SUPPORT OF ITS MOTION TO STRIKE PAGA REPRESENTATIVE CLAIMS**<br><br>**VOLUME 1 OF 3**<br><br>DATE:      October 2, 2017<br>TIME:      1:30 P.M.<br>CRTRM:   9B<br><br>[*Concurrently filed with Notice of Motion and Motion to Strike PAGA Representative Claims, Memorandum of Points and Authorities, and Appendix of Evidence*]<br><br>  Complaint Filed:  February 17, 2016 |

SMRH:483731277.1

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         Defendant Cox Communications California, LLC ("Cox"), hereby submits

3    this Compendium of Putative Class Member Declarations in support of its Motion

4    to Strike PAGA Representative Claims.

5

6    Dated:  August 24, 2017

7                                        SHEPPARD, MULLIN, RICHTER & HAMPTON

8

9                            By _____/s/ Thomas R. Kaufman_____

10                                       Thomas R. Kaufman
                                         Attorney for Defendant
11                                       COX COMMUNICATIONS
                                         CALIFORNIA, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
SMRH:483731277.1
                                         Case No. 16-CV-00540-CJC-RAO
                          DEFENDANT'S COMPENDIUM OF PUTATIVE
                       CLASS MEMBER DECLARATIONS IN SUPPORT OF
                              MOTION TO STRIKE PAGA CLAIMS

1

## PUTATIVE CLASS MEMBER DECLARANTS

2   Declaration of Scotty Badong ...................................................................... 4

3   Declaration of Chris Beauchene .................................................................. 9

4   Declaration of Leslie Briesch ..................................................................... 13

5   Declaration of Daniel Burton ..................................................................... 17

6   Declaration of Jason Burwell ..................................................................... 22

7   Declaration of Ossie Crews ........................................................................ 26

8   Declaration of Jason De La Rosa ............................................................... 30

9   Declaration of Jose Molina ........................................................................ 35

10   Declaration of Michael Neal ...................................................................... 39

11   Declaration of Carlos Ortiz ........................................................................ 45

12   Declaration of Jason Parker ....................................................................... 49

13   Declaration of Matthew Pickering ............................................................. 53

14   Declaration of Pedro Rivas ........................................................................ 57

15   Declaration of Paul Rodarte ....................................................................... 62

16   Declaration of Michael Schuler ................................................................. 70

17   Declaration of Mark Short .......................................................................... 75

18   Declaration of Manuel Soltero ................................................................... 81

19   Declaration of Ted Tangney ....................................................................... 84

20   Declaration of Eddie Velez ........................................................................ 91

21   Declaration of Elaine Young ...................................................................... 96

22

23

24

25

26

27

28

SMRH:483731277.1

Case No. 16-CV-00540-CJC-RAO
DEFENDANT'S COMPENDIUM OF PUTATIVE
CLASS MEMBER DECLARATIONS IN SUPPORT OF
MOTION TO STRIKE PAGA CLAIMS

# Declaration of Scotty Badong

## DECLARATION OF SCOTTY BADONG

I, Scotty Badong, declare that I have personal, first-hand knowledge of the following facts set forth herein.

1.     Since about March 1997, I have worked for Cox Communications California, LLC ("Cox") in the San Diego area.  I started as a Service Technician. After three years, I became part of Outside Plant as Fiber Technician.  In the last few years, the Fiber Technicians went into the Construction Group. My primary work site is located at 5159 Federal Blvd., San Diego, California 92105.

2.     As a Fiber Technician, my job duties consist of new customer installation, maintenance, on call work, early morning work during a maintenance window, and manage contractors.  I spend the vast majority of my work time "in the field" by myself.  I am in the office very rarely.  Accordingly, I typically work without supervision and have a lot of freedom in how I perform my duties and in the way I manage my daily schedule.

3.     I typically work from 7:00 a.m. until 3:30 p.m., five days a week, Monday through Friday.

4.     For each shift that I work, I record my time worked by clocking in and out.  I can clock in and out on either my phone or my computer.  Most of the time, I use my computer for my punches.  I just log in to the app and click "in" or "out."  If I miss a punch, the app will say I missed it and that will remind me to contact my supervisor to get the punch fixed.  I record all of my work hours and I never work "off-the-clock."

5.     In addition to my regular hours, I am typically assigned to be on call to address technical, customer-impacting problems that arise outside of normal working hours.   I am on call every four weeks, from Monday to Monday, because there are eight technicians on the team, and about two technicians are on call each time.  I was told this up front, and I knew that I might need to work nights or weekends on this job.

6.      My supervisor publishes and distributes the on call schedule for the entire year at the beginning of each calendar year. The second or third week in January is when the schedule is released. Thus, I am able to see when I am scheduled to be on call far in advance. There is a lot of flexibility with being on call. I can trade my on call responsibilities with another technician if I have a personal event to attend during my scheduled on call week. I can just ask someone if I want to take a week off or even just a day off. For example, when my kids have something going on, I want to be able to take that day off, so I just call someone to cover it, and they usually say yes. I just let my supervisor know that I have traded my on call responsibilities with another technician, so he can tell the Regional Network Operations Center ("RNOC") who to call when something comes up.

7.      During my assigned on call week, I take my Cox vehicle home with me because I voluntarily enrolled in the Home Start program. I am free to do what I want while on call as long as I do not drink alcohol and stay within a reasonable distance to my assigned territory. I am not technically allowed to use my Cox vehicle while engaging in these personal activities, but I sometimes do anyway. For instance, if my kids are going to a birthday party for a whole day, I will take the company vehicle with me so that I do not need to drive home first to get it. I have also taken the company vehicle to my kids' school when I have planned to go there on my way home.

8.      I will typically get a call on my Company phone from either Cox's RNOC or my supervisor when there is a network issue that occurs after normal working hours. However, I hardly ever actually get called when I am on call. When I do, it is something major, but it does not happen often.

9.      If I do not answer my phone when called, my supervisor typically expects me to respond within about an hour. There is not a lot of pressure from the Company to respond quickly. For example, I am always doing something when I am not at work. I don't wait around at home to get a call. I have to be doing

1  something; I have kids.  I like to go to dinner and relax without worrying about to

2  work.  So I may take some time to respond to calls, but I have never been

3  disciplined for it.

4       10.   Once I talk to my supervisor or the RNOC to figure out what is needed

5  to address the technical issue, I usually have to go on site.  My supervisor expects

6  me to be on site as soon as possible.   However, I have taken longer to arrive on site

7  and I have never been disciplined for doing so.  Sometimes, I get some extra time

8  because I will not have the equipment I need for the job, and I will need to wait for

9  another technician to get the equipment from the yard.  When I am on site when on

10  call, I typically assess the damage and labor required and figure out whether the fix

11  needs to be permanent or if it could be temporary.  I will also assess the equipment I

12  need for the job and notify other technicians if necessary.  Although it varies, it

13  takes me approximately two hours to fix a minor issue, or eight hours for a major

14  issue.  It all depends on the job that needs to be done.

15       11.   When I actually perform work while on call, I get paid for all hours

16  worked.  I get paid a three-hour minimum regardless of the number of hours I work

17  for the first call I receive in a 24-hour period.  The policy says that if you get called,

18  you get paid.  And I am very strict about getting paid.  I get paid a premium for all

19  standby hours when I am not working.

20       12.   I am always provided an opportunity to take at least a 30-minute lunch

21  break each day before the end of my fifth hour worked.  I recall almost always

22  taking a 30-minute uninterrupted lunch break each day.  I am aware that it is Cox's

23  policy that I am to be provided such a lunch break.  For my lunch break, I set an

24  alarm on my phone at 10:30 a.m. to remind me to go to lunch every day.  I like to go

25  to lunch at the same time every day, but nobody requires me to go at that time.  In

26  fact, I go to lunch a little earlier than everyone else.  The policy is to remove

27  yourself completely from the job during the lunch break, but I like to sit in my truck

28  or on the curb next to my truck and eat my lunch.

0006

13.     On those rare occasions when I do not take a full thirty-minute before the end of the fifth hour of work, I do so voluntarily.  Sometimes this happens when I am performing a fiber cut, which takes a long time to do.  The reality of the job is that I cannot stop what I'm doing and pick it up later.  I know that I can take my lunch before starting the job.  When this happens, I am always paid one hour of pay. If this becomes a recurring issue, I assume you would be spoken to, but I never let that happen too often.  No manager at Cox has ever told me that I cannot take a lunch break.  On the contrary, managers encourage us to take breaks whenever we feel we need them.   For example, my supervisor tells me to get away from all work and take my lunch break.

14.     On occasion, there are instances where I may be entitled to a second meal break because I work more than 10 hours that work day.  The second meal break is supposed to be one hour long.  This happens sometimes because there is a fiber cut, meaning there is a major power outage.  However, I usually choose to skip the meal period because I would rather keep working.   This decision is entirely voluntary, and I have always received an hour of pay on these occasions.  My supervisor will pretty much always tell me to take a second meal period if I am going to be working that long.

15.     I regularly take 15-minute rest breaks every work shift.  I typically take two rest breaks in a normal eight-hour shift.  I can take my breaks whenever I want to.  Some other technicians take breaks every five minutes to smoke or call their wife, so I know I can take as many breaks as I want to.  On my breaks, I just relax and sit somewhere.  My job involves a lot of standing, so it is nice to sit down every now and then.

16.     If I was ever not provided a meal period or rest break, I am aware that I can notify my supervisor and get a one hour penalty pay.  My supervisor can see that I did not punch out for lunch, so I just go ahead and tell my supervisor via email

1  that I missed a lunch or was late, rather than waiting for my supervisor to bring it

2  up.  After that, the penalty pay just shows up on my time card and on my paycheck.

3      17.    I always review the pay stubs that accompany my paycheck to make

4  sure that I am paid for all of the hours that I work.  Every time I get paid, I need to

5  sign off on my time cards.  At that time, I make sure everything is accurate.  Since I

6  have been a Fiber Technician, I have not had any issues with respect to my pay

7  stubs and believed I have been accurately paid for all hours worked to date.  I have

8  used my wage statements to buy a house about four years ago, and I did not have

9  any issues with it.

10      18.    I am providing this declaration freely and voluntarily.  Cox's attorneys

11  have told me that I do not have to provide this declaration and whether I choose to

12  do so or not, the decision will not affect my employment status.  I have had the

13  opportunity to review the contents of this declaration and to make any changes I

14  believe necessary so that it is accurate.  I understand that Cox may use this

15  declaration in *Amiri v. Cox Communications California, LLC*, a case already

16  described to me.

17      I declare under penalty of perjury under the laws of the State of California

18  that the foregoing is true and correct.  Executed on November 15, 2016, at San

19  Diego, California.

20

21                                         SCOTTY BADONG

22

23

24

25

26

27

28

0008

# Declaration of Chris Beauchene

## DECLARATION OF CHRIS M. BEAUCHENE

I, Christopher M. Beauchene, declare that I have personal, first-hand knowledge of the following facts set forth herein.

1.     Since about June 9, 2000, I have worked for Cox Communications California, LLC ("Cox") as a Fulfillment Technician in the Orange County area. My primary work site is located at the Foothill Ranch Towne Centre.

2.     As a Fulfillment Technician, my job duties consist of site surveys, inspecting electrical rooms, and installing internet and phone service for customers. I spend approximately 75-80% of my work time "in the field," mostly at a customer's business. Accordingly, I typically work without supervision and have a lot of freedom in how I perform my duties and in the way I manage my daily schedule.

3.     I typically work from 8:00 a.m. until 5:00 p.m., five days a week, Monday through Friday.

4.     For each shift that I work, I record my time worked by recording my time on a web-based time tracker system on my laptop. I typically record my time each day at the end of each day.

5.     In addition to my regular hours, I am typically assigned to be on call to address after hours installations, technical calls, or customer-impacting problems that arise outside of normal working hours from 5:00 p.m. to 8:00 a.m. and 24 hours on the weekend. The on call responsibilities rotate every week from technician to technician. Since there are about six techs on my team, I am on call once every six weeks.

6.     My supervisor publishes and distributes the on call schedule for the entire year at the beginning of each calendar year. Thus, I am able to see when I am scheduled to be on call far in advance. I can trade my on call responsibilities to another technician if I have a personal event to attend during my scheduled on call week. For example, I wanted to earn some extra money for Christmas and just took

over a co-worker's on-call period.  When I trade on-call periods, I go on our
Sharepoint and make the change and let my supervisor know that I have traded my
on call responsibilities with another technician.

7.    I have voluntarily enrolled in Cox's Home Start program and I take my
Cox vehicle home with me two days a week.  When I am on call, I take my Cox
vehicle home with me.  I am free to do what I want while on call as long as I do not
drink alcohol and stay within a reasonable distance to my assigned territory.  I am
allowed to conduct personal activities like running errands or going to grab dinner.
If I receive a call, I simply go to my house and get my Cox vehicle and respond to
the call.

8.    I will typically get a call on my Company phone from either Cox's
Regional Network Operations Center ("RNOC") or my supervisor when there is a
network issue that occurs after normal working hours.  I would estimate that I get a
call on average about two times per week that I am on call, although I sometime do
not get any calls.

9.    If I do not answer my phone, my supervisor typically expects me to
respond within 30 minutes.  I have never been disciplined for missing a call.

10.    Once I talk to my supervisor or the RNOC to figure out what is needed
to address the technical issue, I have to go on site.  I go on site 100% percent of the
time.  My supervisor expects me to be on site within an hour, but if the site is
outside of Orange County or if I am at a location a great distance from the site, I can
take longer.   I have never been disciplined for taking too long to arrive to a site.
When I am on site when on call, I typically troubleshoot the issue at the customer's
site and get services back up or perform the installation requested.  Although it
varies, it takes me approximately 45 minutes to an hour to fix the issue, or if it is an
install it can be from 45 mins to two hours to complete.

11.    When I actually perform work while on call, I get paid for all hours
worked.  In addition, I get paid a three-hour minimum regardless of the number of

SMRH:479412000.1

-2-

0010

hours I work for the first call I receive in a 24-hour period.  I get paid a premium for all standby hours when I am not working.

12.   I am always provided an opportunity to take a 60-minute lunch break each day before the end of my fifth hour worked and I recall always taking a 60-minute uninterrupted lunch break each day.  In addition, I am aware that it is Cox's policy that I am to be provided such a lunch break.  My lunch break is at my discretion, but I normally take it at or before 1:00 p.m.  On my lunch break, I like to bring my lunch and find a quiet place to eat or run errands.

13.   No manager at Cox has ever told me that I cannot take a lunch break.  On the contrary, managers encourage us to take breaks whenever we feel we need them and if I am not able to take a full 60-minute lunch break, my supervisor requires us to call and let them know.

14.   On occasion, there are instances where I may be entitled to a second meal break because I work more than 10 hours that work day.  This happens because the job requires it.  I do not recall a time when I was unable to take my second meal period.

15.   I regularly take 15 minute rest breaks every work shift.  I typically take two rest breaks in a normal eight-hour shift.  I control my schedule and can decide when to take my rest breaks.  Cox always allows me to take my rest periods and I have never reported to Cox that I missed one.  I typically just go find a quiet place, play on my phone, or grab a snack.

16.   If I was ever not provided a meal period or rest break, I am aware that I can notify my supervisor and get a one hour penalty pay.

17.   I always review the pay stubs that accompany my paycheck to make sure that I am paid for all of the hours that I work.  I recall seeing a few inaccuracies on my pay stubs in the past.  On those occasions, I reported the issue to my supervisor, who immediately contacted human resources to resolve the issue.  I believe that I have been accurately paid for all hours worked to date.

0011

18.  I am providing this declaration freely and voluntarily. Cox's attorneys have told me that I do not have to provide this declaration and whether I choose to do so or not, the decision will not affect my employment status. I have had the opportunity to review the contents of this declaration and to make any changes I believe necessary so that it is accurate. I understand that Cox may use this declaration in *Amiri v. Cox Communications California, LLC*, a case already described to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 15, 2016, at Foothill Ranch, California.

CHRISTOPHER M. BEAUCHENE

0012

# Declaration of Leslie Briesch

## DECLARATION OF LESLIE BRIECH

I, Leslie Briech, declare that I have personal, first-hand knowledge of the following facts set forth herein.

1.      Since about September 15, 2003, I have worked for Cox Communications California, LLC ("Cox") as a Construction Planner in the Orange County area.  My primary work site is located at 20 Icon in Foothill Ranch.

2.      As a Construction Planner, my job duties consist of handling customer maintenance complaints, like damaged cables or anything that needs repair.  I spend about 60% of my work time in the office and 40% of my work time "in the field," either at a construction site or a node.  Accordingly, I typically work without supervision and have a lot of freedom in how I perform my duties and in the way I manage my daily schedule.  My supervisor is not located in my office.

3.      I typically work from 7 a.m. until 4 p.m., five days a week, Monday through Friday.  In my typical day, I come to the office and start going through the new work that has to go out to our contractors, including cable replacements, getting paperwork sent, and going through emails (which include customer complaints and escalations).  After I complete these tasks, I determine what I need to do for the rest of the day.  If I have to go out into the field on a particular day after I am in the office, I will go out to look at the area, draw up paperwork, and then submit it to Right of Way Agent from Cox.

4.      For each shift that I work, I record my time worked by clocking in and out on my laptop, including for the start and end of my shift and the start and end of my lunch break.  I record all of my work hours and I never work "off-the-clock." Every pay period (which is every two weeks), I electronically review my time and sign off on it by clicking that I approve all the time entered in the system.

5.      In addition to my regular hours, I am typically assigned to be on call to address technical, customer-impacting problems that arise outside of normal working hours from 4 p.m. to 7 a.m. and 24 hours on the weekend.  The on call

responsibilities rotate every week from technician to technician.  Since there are three techs on my team, I am on call once every three weeks.   The other two people on the team are Planners also, but they are Residential Planners, and they have different managers.  It is my understanding that the three of us  have volunteered to be on call.  It is also my understanding that one of my current co-workers and one of my prior coworkers did not want to be on call and they are or were not on call.

6.      My supervisor publishes and distributes the on call schedule about every six months.  Thus, I am able to see when I am scheduled to be on call far in advance.  I can trade my on call responsibilities to another technician if I have a personal event to attend during my scheduled on call week.  For example, I used to take on call shifts for one of my co-workers when he went on vacation.  We would just notify our supervisor and I would take his shift.

7.      During my assigned on call week, I usually take my Cox vehicle home with me to Oceanside, although there are also times when I do not take it with me when I am on call and I instead take my personal vehicle home and leave the Cox vehicle at the office.  I am free to do what I want while on call as long as I do not drink alcohol, am available by phone, and stay within a reasonable distance to my assigned territory.  When I am on call, my territory is all of Orange County and Palos Verdes.

8.      When I am on call, I will get a call on my Company phone from a supervisor when there is a network issue that occurs after normal working hours.  I would estimate that I get a call less than once per week.  For the three of us on my team, I would estimate we get a call approximately four times a month.  When I am on call, I will get called about issues that cannot be temporarily repaired.  It is usually for something drastic, like a pole being knocked down.

9.      Once I talk to my supervisor to figure out what is needed to address the technical issue, I rarely have to go on site.  My job is to coordinate getting our contractors out there, which I can generally do remotely from home.  I call the

0014

contractor, who is an outside vendor, by phone and then I send follow-up emails to the contractor and my supervisors. When I am working remotely at home when I get a call, I estimate I work anywhere between 15 minutes to 3 hours, with an average of about 2 hours. It might not be 2 hours straight of work, but I could call someone for 15 minutes, then follow up with another person later on. My job is a lot of communication between different individuals. I would estimate that I go on site about 10% percent of the time if I get a call. In my current position, I am not aware of any expectation that I get on site within a particular time since the contractor needs to be there first and I am not doing any physical work at the location. When I am on site when on call, I typically manage the contractors to make sure they are doing things in the correct order and also dealing with the utilities, like Edison. I have to make sure my crews are available and they are not getting in the way of the utility companies. Although it varies, when I am on site, I am generally out in the field for approximately 2 hours to ensure the issue is fixed.

10.    When I actually perform work while on call, I get paid for all hours worked. In addition, I get paid a three-hour minimum regardless of the number of hours I work for the first call I receive in a 24-hour period.

11.    I am always provided an opportunity to take at least a 60-minute lunch break each day before the end of my fifth hour worked and I recall always taking a 60-minute uninterrupted lunch break each day, unless there is some emergency that prevents me from doing so. In addition, I am aware that it is Cox's policy that I am to be provided such a lunch break. My lunch break is not scheduled and it is taken at my discretion, and I like to take the break around 10 a.m. On my lunch break, I like to leave the office. Sometimes I go out and go tanning, run errands, or go through a drive-thru. There are a lot of places to go around the office so I can get a lot done in the 60-minutes. No manager at Cox has ever told me that I cannot take a lunch break. On the contrary, managers encourage us to take breaks whenever we

feel we need them.   My supervisor also tells our team to not answer our phones or respond to e-mails while on our lunch break

12.    I regularly take 10-minute rest breaks every work shift.  I typically take 2 rest breaks in a normal eight-hour shift.  For my rest breaks, I normally take a walk around the building.  It's really important for me to leave my desk during the day and get outside and enjoy the weather.  My rest breaks are not scheduled and it's up to me to decide when to take my 10-minute break.

13.    I always review the pay stubs that accompany my paycheck to make sure that I am paid for all of the hours that I work.  If I have ever had any issues with respect to my pay stubs, I would contact my supervisor and he will contact payroll to fix the problem.   I believe I have been accurately paid for all hours worked to date.  I have used my wage statements when I did a refinance on my house.

14.    I am providing this declaration freely and voluntarily.  Cox's attorneys have told me that I do not have to provide this declaration and whether I choose to do so or not, the decision will not affect my employment status.  I have had the opportunity to review the contents of this declaration and to make any changes I believe necessary so that it is accurate.  I understand that Cox may use this declaration in *Amiri v. Cox Communications California, LLC*, a case already described to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on November 15, 2016, at Foothill Ranch, California.

_Leslie Briech_

Leslie Briech

0016

# Declaration of Daniel Burton

## DECLARATION OF DANIEL BURTON

I, Daniel Burton, declare that I have personal, first-hand knowledge of the following facts set forth herein.

1.     Since about July 2006, I have worked for Cox Communications California, LLC ("Cox") in the San Diego area.  At the time, I was a Construction Crew Member 1.  After about a year and a half, I became a Construction Crew Member 2.  Since July 2016, I have been a Construction Crew Member 3.  My primary work site is located at 5159 Federal Blvd., San Diego, California 92105.

2.     As a Construction Crew Member 3, my job duties consist of working with little oversight, overseeing contractors, and underground and aerial cable construction, which are the jobs of Crew Members 1 and 2, respectively.  The duties of my position are somewhat in flux because I am part of the G.O. 95 compliance group, which are field rules regarding the construction of aerial and underground power.  I spend the vast majority of my work time "in the field," all over San Diego County.  When I am out in the field, I am typically with other members in the field, but for my G.O. 95 work, I am usually solo.  So I typically work without supervision and have a lot of freedom in how I perform my duties and in the way I manage my daily schedule.  It is very rare that a manager or supervisor will meet me in the field.

3.     I typically work from 6:30 a.m. until 3:00 p.m., five days a week, Monday through Friday.  In the morning, I arrive at the office, prepare for the day, leave the office, and head to the work site.  I generally travel from work site to work site as needed.

4.     For each shift that I work, I record my time worked on my Company-issued phone.  I visit a website, where I log in and hit "in" or "out."  I do this both at the beginning and end of the workday, as well as for lunch.

5.     In addition to my regular hours, I am typically assigned to be on call to address technical, customer-impacting problems that arise outside of normal working hours from 3:00 p.m. to 6:30 a.m. and 24 hours on the weekend.  I am not

SMRH:479412000.1

0017

1  sure whether or not I am required to be on call.  The on call responsibilities rotate.  I

2  am usually on call for two weeks, from Saturday to Friday two weeks later, and then

3  off for four weeks.  There are four crew members, and three of them rotate being on

4  call.

5          6.      My supervisor usually creates the on call schedule for the entire year at

6  the beginning of each calendar year.  There is a section on the Company servers that

7  has the schedule.  Thus, I am able to see when I am scheduled to be on call far in

8  advance.  I can trade my on call responsibilities with another crew member if I have

9  a personal event to attend during my scheduled on call week.  For example, I have

10  traded my on call weeks when I know that I am going out of town.  This also

11  happens when I schedule a trip in advance of knowing when I will be on call.   I just

12  let my supervisor know that I have traded my on call responsibilities with another

13  technician.  There is an on call supervisor that will make a note about any trades that

14  have taken place.

15          7.      During my assigned on call week, I take my personal vehicle home

16  with me.  I am not part of Cox's Home Start program.  While on call, I am free to do

17  what I want as long as I do not drink alcohol and stay within a reasonable distance

18  to my assigned territory.  This is not a problem because I do not drink.  For example,

19  I can go to dinner, go to the movies, and anything else I want as long as I stay in the

20  city.

21          8.      When I am on call, I will typically get a call on my Company phone

22  from either Cox's Regional Network Operations Center ("RNOC") or the on call

23  supervisor, who is not necessarily my direct supervisor, when there is a network

24  issue that occurs after normal working hours.  There is no real pattern to getting a

25  call.  I have gone for months without receiving a call, but I have also received four

26  calls in one week.

27          9.      If I do not answer my phone when called, my supervisor typically

28  expects me to respond as soon as I can.  However, I have taken a while longer to

respond and I have never been disciplined for doing so.  Typically, if I do not call back within 30 minutes to an hour, I would get another call.  If I do not answer at that point, a supervisor would be called to determine what to do.

10.    Once I talk to my supervisor or the RNOC to figure out what is needed to address the technical issue, I may have to go on site.  As of last year, I would go to the site 100% of the time.  However, now, I typically call a contractor and have the contractor respond.  At that point, it is my discretion whether to go on site or not. I have not gone to the job site since this plan was implemented.  When I do go to the job site, my supervisor expects me to be on site as soon as possible.   I always try to arrive within an hour of the call, but this is not a requirement.  I have taken longer to arrive on site and I have never been disciplined for doing so.  When I am on site when on call, I typically make sure it is safe to be where I am, wait for the power company SDG&E to arrive, and assist in protecting the cable.  Although it varies, it takes me approximately two hours to fix an issue with an AT&T pole, and up to 14 hours to fix an issue with an SDG&E pole.

11.    When I actually perform work while on call, I get paid for all hours worked.  I get paid a three-hour minimum regardless of the number of hours I work for the first call I receive in a 24-hour period.  Now, what typically happens is I will get a call, clock in, call the contractor, wait for 30 minutes to an hour to make sure the contractor was able to get to the job site, and then clock out.  I would get paid three hours for this.  I also get paid a premium for all standby hours when I am not actually working.

12.    I am always provided an opportunity to take at least a 30-minute lunch break each day before the end of my fifth hour worked, and I recall always taking a 30-minute uninterrupted lunch break each day.  In addition, I am aware that it is Cox's policy that I am to be provided such a lunch break.  I typically try to punch out right around 11:00 a.m.  My lunch break is not scheduled for me, but I have an alarm that goes off at 11:00 a.m. that tells me it is time to take my break.  On my

0019

1    lunch break, I like to go find a fast food restaurant to eat at. When I am with other

2    crew members, we usually all go to lunch together.

3        13.    On those rare occasions when I do not take a full thirty-minute lunch

4    break before the end of my fifth hour of work, I do so voluntarily. This usually

5    happens when I'm not hungry yet, so I don't want to go eat yet. Sometimes, I do

6    not want to stop working because I would like to get to a certain point before

7    stopping. I can sometimes plan ahead if I anticipate I will be working on a big

8    project, and I will take my lunch break earlier than usual so that I am not

9    interrupted. No manager at Cox has ever told me that I cannot take a lunch break or

10    pressured me into skipping my lunch break. On the contrary, managers encourage

11    me to take breaks whenever I feel I need them. For example, my supervisor has

12    asked me to stop and take a lunch break early so that I was not interrupted when

13    going to work a major job.

14        14.    On occasion, there are instances where I may be entitled to a second

15    meal break because I work more than 10 hours that work day. I sometimes work

16    this much when I am on call with SDG&E because they take much longer, but this

17    very rarely happens. I will sometimes choose to forego the meal period and take it

18    later because I am in the middle of a job and I do not want to stop working. It is

19    entirely my choice to do this, and I understand I could take my second lunch break

20    on time if I wanted to. I have also skipped my second lunch break on occasion

21    because I would much rather just go home, take a shower, and eat there, rather than

22    stay at work longer.

23        15.    I know that I am entitled to take 15-minute rest breaks every work shift.

24    When I have enough work to do that will last me a whole day, I typically do not take

25    my rest breaks. When I do not have that much work, I will take 10- and 15-minute

26    breaks here and there throughout the day. When I do not take my rest breaks, it is

27    entirely my choice to do so. I have been told that I can take my 15-minute breaks,

28    and I know they are made available to me if I ever want to take them. I would much

1    rather just keep working than sit there doing nothing.  I get restless when I am not
2    working, so I choose not to take breaks.

3        16.    I sometime review the pay stubs that accompany my paycheck to make
4    sure that I am paid for all of the hours that I work, but I do not do this very often.  I
5    never had any issues with respect to my pay stubs and believed I have been
6    accurately paid for all hours worked to date.  I have never seen anything incorrect on
7    my pay stubs, and I know I can ask my supervisor is anything is inaccurate or
8    unclear.  I did use my wage statements to buy a house in 2014, and I did not have
9    any problems.

10        17.    I am providing this declaration freely and voluntarily.  Cox's attorneys
11   have told me that I do not have to provide this declaration and whether I choose to
12   do so or not, the decision will not affect my employment status.  I have had the
13   opportunity to review the contents of this declaration and to make any changes I
14   believe necessary so that it is accurate.  I understand that Cox may use this
15   declaration in *Amiri v. Cox Communications California, LLC*, a case already
16   described to me.

17        I declare under penalty of perjury under the laws of the State of California
18   that the foregoing is true and correct.  Executed on November 15, 2016, at San
19   Diego, California.

20

21                              DANIEL BURTON
22
23
24
25
26
27
28

# Declaration of Jason Burwell

## DECLARATION OF JASON BURWELL

I, Jason Burwell, declare that I have personal, first-hand knowledge of the following facts.

1. Since about 1992, I have worked for Cox Communications California, LLC ("Cox") as a field service representative or Universal Home Technician in the Santa Barbara region. I have personal knowledge of the matters set forth herein, and if called upon to testify, I could and would do so competently.

2. As a technician, my job duties include repairing, installing, and troubleshooting cable, telephone, and internet services for residential and business customers. I am typically assigned only to residential customers, but pick up business customers when those dedicated business technicians are busy. I do everything but install home security systems.

3. I always have worked a 4/10 alternative workweek schedule. I work Monday through Thursday 7:45 a.m. to 6:15 p.m. My manager is David Fretz.

4. Since about 2008 or 2009, I have voluntarily chosen to use the option of Cox's Home Start program. Home Start is lovely because it means less wear and tear on my personal vehicle, I can sleep in later, save fuel, and 95% of the time I am assigned jobs around my house. I know the streets and the types of jobs like the back of my hand. I am not required to commute to and/or from work in any particular fashion. I could switch to Shop Start at any time if I wanted and drive my personal vehicle and pick up a company vehicle at the Cox office to drive to my first job; and after my last job, I could drive back to the Cox office and either drive myself home in my personal vehicle. I have never heard of anyone say they were forced to participate in Home Start. A number of technicians are on Shop Start.

5. Under the Home Start program, I receive my day's assignment(s) at home by accessing Cox's TOA ETAdirect system through my Company-issued tablet on iworks. I clock in on the webclock at 7:45 a.m. and then look at my assignments, which are already downloaded for me. I do not have to spend any time routing since it is already programed for me. I usually check my assignments while drinking my coffee at my home and then get in my truck and drive to my first assignment. Thus, my drive from my home to my first assignment for the day is treated as paid time on the clock.

6.     ETAdirect gives me a general schedule of customer appointments in my area and identifies the best route for me to arrive at my scheduled appointments.  As soon as I get my assignments for the day, I then travel to my first customer appointment and then proceed through the day like any other technician. There are times when I check my assignments and I do not have the necessary equipment for that particular job.  On those occasions, I will meet up with another technician to get the equipment while on the clock.

7.     I typically receive 3-12 assignments per day depending on if the job is a disconnect or a huge installation.  My scheduled times are not rigid.  Instead, my assignments have flexible "windows" of time (usually two hours) during which appointments are scheduled.  While the exact times of the appointment "windows" can vary depending on the shift, the schedules generally include a mid-shift break between appointment "windows" for a meal period.  I typically arrive at my first appointment around 8:10 or 8:15 a.m. depending on how far the job is from my house.

8.     Each assignment is given a number of points based on the type of appointment.  For example, a simple disconnect would be 4 points, which equals 20 minutes (each point is worth 5 minutes).  My goal is to complete 108 points per day, but I usually aim to hit 120 points.  I usually hit my own personal target 50% of the time.  It's not that hard to hit.

9.     I understand Cox's policy is to record all of my time worked.  I record the beginning and ending of my meal periods, and when I finish working for the day, through the web clock function on my tablet.   We are not school teachers who have to grade papers at night.  Thus, when we are done with work, we are done.  We are not permitted to and do not work off-the-clock.  It is rare to work overtime these days because of auto routing and dispatch has become really good at sending another technician if necessary to complete a job.  However, if I do work overtime, I will get paid.  But, it is rare.  Maybe a couple of days per year for maybe 15 or 30 minutes at a time.  No one ever told me that I needed to work off the clock, and I was never pressured by anyone at Cox to do so.  We have always been told not to work off-the-clock.

10.     I am always provided an opportunity to take at least a 30-minute lunch break each day within five hours of when I start my workday and I always take a 30-minute uninterrupted lunch break each day within 5 hours of beginning a shift. Cox does not schedule appointments from

0023

12-1 p.m., which is designed for us to be able to take lunches.  I usually take my lunch at 12 or 12:30, but always by 12:45 p.m.  Sometimes I pack my lunch or if I am near my house, I will jam home and eat.  On other occasions, I will grab a footlong at Subway.  No manager at Cox has ever told me that I cannot take a lunch break.  We are encouraged to take them.

11.     On occasion, there are instances where I may be entitled to a second meal break because I work more than 10 hours that work day.  But I have agreed to waive my second meal period on the rare occasion I work more than 10 hours.  I rather go home and eat dinner with my family.  I could take a second meal period if I wanted.

12.     I almost always take my two 15-minute rest breaks during a normal shift.  This is paid time.  There are times I do not feel like taking them, but the system is designed to allow us to take these breaks.  I sometimes stop and look at the ocean to see what the surf is looking like on my break.  I could take a third rest break if I worked more than 10 hours if I wanted to.  I have done so in the past when working on a difficult job.  I will take a mental break by listening to the radio in my truck.

13.     Because I opt to do Home Start, I drive my assigned vehicle home at the end of my work shift instead of parking my truck at the office location overnight and driving my personal vehicle home.  On my way home, I could stop at the grocery store to pick up groceries for the wife.  However, I have never have to do this.  I am generally not compensated for the time spent traveling from my last customer appointment of the day back to my home.  However, I finish my assignments before the end of my scheduled shift and drive home while on the clock often and, therefore, have been compensated for my commute home.  This happens about 50% of the time.  Since I am on Home Start, my last assignment is usually close to my home.  If I have only 15 minutes left in my shift and have finished my assignments, I will not have time to pick up another job.  So, I will just drive home on the clock and then clock out when I get home.

/ / /

/ / /

/ / /

/ / /

0024

14.     I am providing this declaration freely and voluntarily.  Cox's attorneys have told me that I do not have to provide this declaration and whether I choose to do so or not, the decision will not affect my employment status.  I have had the opportunity to review the contents of this declaration and to make any changes I believe necessary so that it is accurate.  I understand that Cox may use this declaration in *Taylor v. CoxCom, Inc.*, a case that already have described to me.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 12th day of March 2014 in Goleta, California.

Jason Burwell

0025

# Declaration of Ossie Crews

## DECLARATION OF OSSIE CREWS

I, Ossie Crews, declare that I have personal, first-hand knowledge of the following facts.

1.     Since about April of 1994, I have worked for Cox Communications California, LLC ("Cox") as a Field Services Representative in the Orange County Region.  The facility to which I am assigned is 29947 Avenida de las Banderas, Rancho Santa Margarita, CA 92866.  I have personal knowledge of the matters set forth herein, and if called upon to testify, I could and would do so competently.

2.     As a Field Services Representative, my job duties include responding to customer complaints and grievances, installations of cable, internet, and phone systems, training technicians, and I also do "ride-alongs" with installers as well because I am a team leader.  I spend the vast majority of my work time "in the field."  Accordingly, I typically work without supervision and have a lot of freedom in how I perform my duties and in the way I manage my daily schedule.

3.     For as long as I've been with Cox, Cox has had an alternative work schedule in place.  I am scheduled to work ten hours per day, four days per week.  I usually work 10 hours per day and 40 hours per week.  My current schedule is Monday through Thursday.  I have worked this particular schedule for at least 10 years.

4.     I have voluntarily chosen not to use the Company's Home Start option because I am unable to be on Home Start due to the fact that I live outside the specific radius.  I live in Oceanside, CA.  Thus, each day that I am scheduled to work, I drive to the facility to which I am assigned in my own personal vehicle and clock in using the Company's electronic time clock located either on my laptop, once I place it in the laptop dock on my desk, or at one of the time clock kiosks at the entrance doors.  My Company truck is parked overnight at the yard in the parking lot.

5.     After I clock in, I usually check and answer customer emails, this includes customer complaints, then I check on the vehicles and my team members in the yard.  I also check my routing schedule of service appointments for the day.  Sometimes I put extra equipment on my truck for both myself, and for other technician's in the field who may need extra equipment.  It

takes me about an hour to complete my morning duties and to get ready for my day's assignments before I get in my truck and drive to my first assignment. This is because of my responsibilities as a team leader. Cox's TOA ETAdirect system identifies the best route for me to arrive at my scheduled appointments. The computer generates an efficient route. I typically leave the yard around 8:30 a.m.

6.     I typically receive an average of 4 assignments per day in addition to my training duties and technician "ride-alongs." My scheduled times are not rigid. The schedule can change throughout the day due to cancellations or emails from customers. My assignments have flexible "windows" of time (usually two hours) during which appointments are scheduled. For example, because I normally work a 10 hour shift, starting at 7:30 a.m. and ending at 6:30 p.m. my appointments are scheduled in the following "windows": 8 a.m. to 10 a.m., 10 a.m. to noon, 1 p.m. to 3 p.m., 3 p.m. to 5 p.m., and 5 p.m. to 6:30 p.m. I take a 60-minute lunch around 11:30 or noon. While the exact times of the appointment "windows" can vary depending on the shift, the schedules generally include a mid-shift break between appointment "windows" for a meal period. I typically arrive at my first appointment by 10:00 a.m. This is because of my responsibilities in the yard and supervising other installation techs. I typically don't have 8:00 a.m. appointments. The windows are flexible, so a service technician does not need to be there right on time.

7.     Each assignment is worth a different number of points based on the actual service call itself. The points vary based upon the length of time the job takes and the difficultly. For example, a basic install is worth about 30 points. A standard install is about 20. Fixing a technical problem for a customer is worth approximately 13 points. My goal is to complete 37.5 points per day because my job involves other administrative work, training, and supervising, that some other technician's jobs do not include. The number of assignments can vary throughout my shift based upon cancellations, additional jobs being added to my day, and the training of other technician's I have to do that day. If I finish all of jobs early, I can have another technician's job reassigned to me. I typically meet my target points per day.

8.      For each shift that I work, I record all of my time worked that day by logging it on the Cox web portal.  I start recording my time when I clock in at the facility where my truck is located.  I also record the beginning and ending of my meal periods during the day, and record when I finish working for the day.  If I am unable to record a meal period for the day because of no internet connectivity, I email my supervise to correct/input my electronic time card entry.

9.      I have always understood that I am entitled to overtime pay whenever I worked more than ten hours per day and/or over forty hours per week.  I have also always understood that working "off-the-clock" is against Cox policy.  I typically have been able to get my job done, including completing all of service appointments, fueling my vehicle, performing maintenance on my vehicle, inspecting my vehicle, and washing the vehicle during my scheduled hours.  However, on the very rare occasion, I do work overtime.  When I do work overtime, it is usually no more than 1 hour a month.  I always record all of my overtime on the Cox web portal and I have never worked hours that were not recorded.  Cox has always paid me for all of the overtime hours I have worked. In my 20 years at Cox, no one ever told me that I needed to work off the clock, and I was never pressured by anyone at Cox to do so.

10.     I am always provided an opportunity to take at least a 30-minute lunch break each day starting within the first five hours of my shift and I always take a 60-minute uninterrupted lunch break each day.  This has been the case for as long as I can remember.  In addition, I am aware that it is Cox's policy that I do take such a lunch break.  My lunch break is not scheduled because jobs are fluid and some take longer than others.  I am not paid for my lunch break.  The managers frequently remind me to take meal period in the first five hours of shift in our meetings. Additionally, I remind other technician's in the field to make sure they take their meal period in the first five hours of a shift.  Sometimes the other technicians and I meet at Flame Broil, Kentucky Friend Chicken, or at McDonalds.  I coordinate the lunch by sending out a message to the other technicians.

11.     On those rare occasions when I do not take a full thirty-minute uninterrupted lunch break, I do so voluntarily.  No manager at Cox has ever told me that I cannot take a lunch break.

1 On the contrary, managers encourage us to take breaks whenever we feel we need them.  Managers
2 remind us in meetings to take breaks.  I always fit my rest breaks in at some point during the day.
3 Sometimes I go to a nearby neighborhood park and sit down or take a walk during my break.  The
4 park is pretty close to the neighborhood I usually work in.

5       12.    On occasion, there are instances where I may be entitled to a second meal break
6 because I work more than 10 hours that work day.  This happens because sometimes an installation
7 takes longer than expected, or a customer's demands are tougher to meet.  For example, older
8 homes are difficult to work in because of how the homes are built, and the wiring is tough to figure
9 out.  However, I have agreed to waive my second meal period in these situations by signing a
10 waiver form that was provided to me by Cox.  I have chosen to forego the meal period because I
11 can go home earlier.  I have a long commute to my home in Oceanside.  I understand that I can
12 revoke my decision to waive my second meal period at any time.

13       13.    I know I can take two 15 minute rest breaks in a normal 10 hour workday.  I get to
14 decide when I can take them.  I often relax or walk around a nearby park on my rest breaks.  Also,
15 the managers remind us in meetings to take our breaks.  I am also aware that I can take a third rest
16 break if I work more than 10 hours in a day.

17       14.    I am providing this declaration freely and voluntarily.  Cox's attorneys have told me
18 that I do not have to provide this declaration and whether I choose to do so or not, the decision will
19 not affect my employment status.  I have had the opportunity to review the contents of this
20 declaration and to make any changes I believe necessary so that it is accurate.  I understand that
21 Cox may use this declaration in *Taylor v. CoxCom, Inc.*, a case that already have described to me.

23      I declare under penalty of perjury under the laws of California that the foregoing is true and
24 correct.

25      Executed this 12th day of March 2014 in Rancho Santa Margarita, California.

OSSIE CREWS

SMRH:417525323.2     -4-

0029

# Declaration of Jason De La Rosa

## DECLARATION OF JASON DE LA ROSA

I, Jason De La Rosa, declare that I have personal, first-hand knowledge of the following facts set forth herein.

1.    Since about October 31, 2011, I have worked for Cox Communications California, LLC ("Cox") as a Customer Fulfillment Tech 2 in the Orange County area.  My primary work site is located in Foothill Ranch.

2.    As a Customer Fulfillment Tech 2, I am an installation tech.  I take gear out to the business customer site, install it, and test the equipment.  The main area I cover is South Orange County.  I probably do about 90% of my work in this area.  Although it varies, I spend most of my work time "in the field," at a customer's business.  I will spend a few hours in the morning (maybe from 8 a.m. to 10:30 a.m.) in the office and the remainder of the day out in the field.  Accordingly, about 75% of the time I work without supervision and have a lot of freedom in how I perform my duties and in the way I manage my daily schedule.  I typically work from 8 a.m. until 5 p.m., five days a week, Monday through Friday.

3.    For each shift that I work, I record my time worked electronically.  We clock in and out through a web portal; I can do this with my phone, a laptop, or a desktop.  I record all of my work hours and I never work "off-the-clock."  When I am done with working for the day, I turn my phone off.

4.    In addition to my regular hours, I am typically assigned to be on call to address technical, customer-impacting problems that arise outside of normal working hours from Friday at 5 p.m. and it goes through the following Friday at 8 a.m., with my regular shift in between.  The on call responsibilities rotate every week from technician to technician.  There are about 6 techs on my team and I am on call once every five weeks.  One of our techs is new so I do not believe he is on call.

5.    My supervisor publishes and distributes the on call schedule for the entire year at the beginning of each calendar year.  Thus, I am able to see when I am

scheduled to be on call far in advance.  I can trade my on call responsibilities to another technician if I have a personal event to attend during my scheduled on call week and we trade schedules a lot.  For example, when I got married, for my wedding and my honeymoon, I had to trade my on call shifts with someone and I have traded with other techs when they have asked me before.  I just let my supervisor and the scheduler know that I have traded my on call responsibilities with another technician and I make the change in our schedule.  I actually have not been on call for awhile because a lot of technicians have been switching shifts.

6.     Because we are installation techs, the majority of our on call tasks are scheduled installations that occur after hours.  For example, a customer might not want to be down during business hours, so they ask us to come on site at 6 p.m., after their work is closed.  When I look at the schedule when I am on call, I can see this customer listed and the time I should be there.

7.     During my assigned on call week, if I knew I had an after-hours job, I would generally take my Cox vehicle home with me.  If I do not have a scheduled call, I would take my personal vehicle home with me.  If I got a call in that situation, I would just drive back to the office and get the Cox vehicle.  I live about 20 minutes away so it would not take me too long to retrieve the Cox vehicle.  One time, I remember that I did not take my Cox vehicle home and I was called to an after-hours call.  I had to drive to the office and pick up the Cox vehicle before going to the customer.

8.     I am free to do what I want while on call as long as I am not intoxicated and I stay within a reasonable distance to my assigned territory.  For example, I have gone out to dinner with my friends and basically lived my normal life.  It is my understanding that it is permissible to take your Cox vehicle while engaging in personal activities while on call.

9.     Back when I was doing more trouble calls, I would typically get called on my Company phone by TAC or my supervisor if there was an after-hours issue.

1  Now, I will typically get a call on my Company phone from either Cox's Service
2  Assurance group or Access Transport group when there is a network issue that
3  occurs after normal working hours.  The Service Assurance and Access Transport
4  groups are the first two levels of troubleshooting that the issues go through.
5  Currently, I would estimate that I get a trouble call approximately once or twice per
6  week. The majority of my time now is spent on after-hours scheduled installs and
7  not trouble calls.

8         10.    When I was doing more trouble calls, if I did not answer my phone
9  when called, my supervisor typically expected me to respond within 30 minutes.
10 However, in the past, when I have taken longer to respond to my supervisor, I have
11 never been reprimanded for doing so.  Usually, we would get to the customer
12 location in about 1 to 2 hours after the call, but I believe we were supposed to be
13 there within 4 hours.

14        11.    For trouble calls, once I figured out what was needed to address the
15 technical issue, I would generally have to go on site to attempt to remedy the issue.
16 TAC would call me to give me an explanation of the issue and ask me how long I
17 thought it would take me to get on site.  I remember usually saying it would take
18 about 1 to 2 hours and then TAC would call the customer to inform them of my
19 expected arrival time.  When I am on site when on call, I am there to try to
20 physically restore the service and then circle back to try to figure out what went
21 wrong.  Sometimes it's a fuse that pops which could take only 15 minutes or if the
22 building lost power, there is not much we can do and the call would not take long.
23 If something with our gear goes wrong, it could be more time consuming and I
24 could be on site for longer.  The longest that might take would be about 4 hours.

25        12.    When I actually perform work while on call, I get paid for all hours
26 worked.  In addition, I get paid a three-hour minimum regardless of the number of
27 hours I work for the first call I receive in a 24-hour period.  If I got a call at 7 p.m.
28 for example, I would clock in at home and then go out to the job.  As soon as I clock

1  in, I get paid the three-hour minimum for the shift. If it takes longer than three-

2  hours for the call, I am on the clock until I clock out. When you are on call, you get

3  a premium pay even if you don't get any calls, so just for being on standby.

4      13.   I am always provided an opportunity to take a 60-minute lunch break

5  each day before the end of my fifth hour worked and I recall always taking at least a

6  30-minute uninterrupted lunch break each day. In addition, I am aware that it is

7  Cox's policy that I am to be provided such a lunch break. My lunch break is taken

8  at my discretion each day. On my lunch break, I like to go out and get some food.

9  If I am in the office that day, I would go play pool at our office pool table.

10     14.   On those rare occasions when I do not take my lunch break before the

11 end of the fifth hour, I do so voluntarily. If I have ever taken my lunch after the

12 fifth hour worked, I recall receiving a premium pay for that day. No manager at

13 Cox has ever told me that I cannot take a lunch break. On the contrary, managers

14 encourage us to take breaks whenever we feel we need them.

15     15.   On occasion, there are instances where I may be entitled to a second

16 meal break because I work more than 10 hours that work day. Generally when this

17 happens, I will have clocked out at 5 p.m. Then I'll go home and take my break

18 until I am called back for another job. Although not often, I might also work more

19 than 10 hours if I'm stuck on an install and something has gone wrong. In these

20 instances, I will usually take a second meal break, but if I don't, I do so voluntarily

21 and I will get paid a premium for this missed break.

22     16.   If I was ever not provided a meal period, I am aware that my supervisor

23 can see this in the electronic time records and I will get a one hour penalty pay.

24     17.   I regularly take 15-minute rest breaks every work shift. I typically take

25 2 rest breaks in a normal eight-hour shift – usually one in the morning and one in the

26 afternoon. I decide when to take my breaks and I do not ask anyone if I can take

27 them; I just take them. I do not clock out for these breaks. Generally, on my rest

28 breaks, I'll go get coffee or squeeze in a quick game of pool.

18.     I receive my wages via direct deposit and I rarely review the pay stubs that accompany my paycheck.  The pay stubs are reviewable on our web portal, but I just choose not to review them.  I have never had any issues with my pay stubs and I have been accurately paid for all hours worked to date.  I remember once I had an issue with my direct deposit after I changed banks and I talked to my supervisor to fix it.  My supervisor looked into it and I did receive payment.

19.     I am providing this declaration freely and voluntarily.  Cox's attorneys have told me that I do not have to provide this declaration and whether I choose to do so or not, the decision will not affect my employment status.  I have had the opportunity to review the contents of this declaration and to make any changes I believe necessary so that it is accurate.  I understand that Cox may use this declaration in *Amiri v. Cox Communications California, LLC*, a case already described to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on November 15, 2016, at Foothill Ranch, California.

_____

JASON DE LA ROSA

0034